FOURTH DEPARTMENT, APRIL TERM, 1892.

Judgment and order affirmed, with costs. Opinion by Merwin, J.

Patrick Aherin, Respondent, v. John J. O'Brien, Appellant. — Judgment of the County Court and of the Justice's Court reversed, with costs. Opinion by Martin, J.

William W. Armfield, Respondent, v. The Town of Solon, Appellant. — Judgment affirmed, with costs. Mem. by Martin, J.

William H. Chapman, Respondent, v. The Town of Taylor, Appellant. — Judgment affirmed, with costs. Mem. by Merwin, J.

Charles H. Stanton, Respondent, v. The Town of Taylor, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Theodore F. Butterfield, Executor, etc., Respondent, v. Henry F. Oppenheimer and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Martin, J.

James Dougherty, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

James M. Angell, Appellant, v. Barnet N. Hill, Respondent. — Judgment of the County Court reversed and judgment of the justice affirmed, with costs to the appellant. Opinion by Martin, J.

William Austin, Respondent, v. James M. Rappleye, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Emma F. Roberts v. Johnstown Bank and others. — Motion for re-argument denied.

Edward O'Connor, Respondent, v. Willis Sherman, Appellant. — Motion granted dismissing the appeal, with ten dollars costs.

The Village of Stamford, Appellant, v. John H. Fisher, Respondent. — Motion for leave to appeal to the Court of Appeals granted, as the case involves a question of law that ought to be reviewed by that court.

Harry F. Bowler, Respondent, v. Frank E. Wilcox, Appellant. — Order reversed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. H. Corydon Brown, Appellant, v. The Board of Trustees of the Village of Owego, Respondent. — Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Dwight W. Stoddard, Appellant. — Conviction, orders and judgment reversed, and the clerk directed to enter judgment and remit a certified copy thereof with the return and decision of this court to the Court of Sessions of Herkimer county pursuant to section 547 and 548 of the Code of Criminal Procedure. Opinion Per Curiam.

In the Matter of the Last Will and Testament of Esther Thompson, deceased.

Allen W. Reynolds and others, Appellants, v. Harriet S. Thompson, Executrix, etc., Respondent. — Decree of the Surrogate's Court affirmed, with costs.

John J. Ahearn, Respondent, v. Revillo H. Molyneaux, Appellant. — Judgment reversed and new trial ordered, with costs to abide the event. Held (1), That the claim of sale of goods is not entirely, satisfactorily proven. (2). That the claim for over-time is unsupported by the evidence.

Norris Winslow, as Trustee. etc., Appellant, v. The Carthage, Sacketts Harbor and Watertown Railroad Company and others, Respondents. — Order reversed, with ten dollars costs and disbursements. Held (1), That an order on motion of one of several defendants directing a discontinuance of an action based upon conflicting affidavits is irregular. (2) Whether the tender was good and effectual should not be determined upon conflicting affidavits.

Aaron Mogg, Respondent, v. John Young, Appellant, Impleaded, etc. — Judgment affirmed, with costs.

The Town of Salina, Respondent, v. Cornelius E. Stephens, Appellant. — Judgment reversed on the facts and a new trial ordered, with costs to abide the event.

Joseph A. Vega and others, Respondents, v. Thomas Wheeler, as Sheriff of Oneida County, Appellant. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Held, that it was error to charge the jury "that if, at the time of the purchase, Sherwood & Hammans were insolvent, and knew that the plaintiff relied upon their solvency, that was a fraud, and the sales were void." (See Hotchkin v. Third National Bank, 127 N. Y., 329.)

Samuel Silverman, Respondent, v. The Supreme Council of the Society of Select Guardians, Appellant. — Judgment and order affirmed, with costs.

Malinda Hall, Respondent, v. London Assurance Company, Appellant. — Judgment and order affirmed, with costs.

M. Ella Shepard, as Administratrix, etc., Appellant, v. Hiram Hardin, Respondent. — Judgment of the County Court reversed, and the judgment of the Justice's Court affirmed, with costs.

Hiram L. Wait, Appellant, v. Alfred P. Roth and another, Respondent. — Judgment reversed and a new trial ordered, with costs to abide the event.

Andrew J. Feek, Respondent, v. John Manley, Appellant. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Held (1), that whether there was a conversion of the sulky by the defendant should have been submitted to the jury. (2.) It was error to exclude the opinion of the witness Sandold as to the value of the sulky.

Ralph S. Lumbard, Respondent, v. Phineas M. Miller, Appellant. — Judgment affirmed, with costs.

Daniel H. Smith, Appellant, v. Joseph Dresser, Respondent. — Judgment of the County Court affirmed, with costs.

Solomon Hess, Respondent, v. The United Life and Accident Insurance Association. — Judgment and order affirmed, with costs.

Eliza A. Martin, Appellant, v. Manufacturers' Accident Indemnity Company, Respondent. — Judgment reversed and a new trial ordered, with costs to abide the event.

John R. Young and another, Appellants, v. Winfield S. Stone, as Sheriff, Respondent. — Order reversed, with ten dollars costs and disbursements.

In the Matter of Jemima Lowe, an Alleged Lunatic, for the Removal of the Committee. — Order reversed, with costs. Per Curiam. (Mem.)

Ellen Kennedy, Respondent, v. Thomas McNamara, Appellant. — Judgment affirmed, with costs.

Nathaniel T. Bacon, Respondent, v. Margaret T. Rood, Appellant. — Judgment and order affirmed, with costs.

James Long, Respondent, v. Charles Herring, Appellant. — Judgment affirmed, with costs.

John Sheldon, Appellant, v. Martin Barney, Respondent. — Judgment and order affirmed, with costs. (See Gillespie v. Brown et al., 16 Nebraska Rep., 457.)

Cornelia Brown, as Administratrix, etc., Respondent, v. Frank Herrick, Appellant, Impleaded, etc. — Judgment affirmed, with costs.

James Gallup, Respondent, v. Selah M. Bronson, Appellant. — Judgment and order affirmed, with costs.